IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA
OMAHA DIVISION

| | | |
|---|---|---|
| THOMAS M. FREDRICKSEN, JR., | ) | CASE NO: 8:15-cv-274 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CHILDREN'S HOSPITAL & MEDICAL CENTER, a non-profit domestic corporation, NEBRASKA PEDIATRIC PRACTICE, INC; a non-profit domestic corporation; UNMC PHYSICIANS, a non-profit domestic corporation, and GLEN M. GINSBURG, M.D., an individual. | ) ) ) ) ) ) ) ) | **COMPLAINT AND JURY DEMAND** |
| | ) | |
| Defendants. | ) | |

Thomas M. Fredricksen, Jr., Plaintiff, in the above-captioned matter, by and through his counsel of record, for his causes of action against Defendants, and each of them, alleges:

**PRELIMINARY STATEMENT**

1.      This is a civil action in which the Plaintiff seeks to recover damages for permanent injuries suffered while the Plaintiff was a under the care of the Defendants, and each of them, on September 3, 2010.

**JURISDICTION AND VENUE**

2.      Jurisdiction in this court is based upon diversity of citizenship arising under 28 U.S.C. §1332(a) and the amount in controversy exceeds Seventy-five thousand dollars ($75,000.00) exclusive of interest and costs.

3.      Venue is proper in this District pursuant to 28 U.S.C. 1391 because the events

1