IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA
OMAHA DIVISION

| THOMAS M. FREDRICKSEN, JR. | ) | Case No. 8:15-cv-274 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| CHILDREN'S HOSPITAL & MEDICAL CENTER, a non-profit domestic corporation; NEBRASKA PEDIATRIC PRACTICE, INC.; a non-profit domestic corporation; UNMC PHYSICIANS, a non-profit domestic corporation, and GLEN M. GINSBURG, M.D. | ) | **ORDER OF DISMISSAL WITH PREJUDICE** |
| Defendants. | ) | |

THIS MATTER came to be heard upon the Stipulation of the parties hereto that the above-captioned action has been compromised and settled and should be dismissed with prejudice to the filing of any future action, each party to pay its own costs. The Court, being fully advised in the premises, finds that an Order should be entered in accordance with said Stipulation.

IT IS, THEREFORE, ORDERED that the above-captioned action be, and it hereby is, dismissed with prejudice to the filing of any future action, each party to pay its own costs.

Dated this 21st day of December, 2015.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

Prepared and Submitted By:
Patrick G. Vipond, #16390
LAMSON, DUGAN and MURRAY, L.L.P.
10306 Regency Parkway Drive
Omaha, NE 68114
(402) 397-7300
pvipond@ldmlaw.com
ATTORNEYS FOR DEFENDANTS
CHILDREN'S HOSPITAL & MEDICAL CENTER;
NEBRASKA PEDIATRIC PRACTICE, INC.;
UNMC PHYSICIANS and GLEN M. GINSBURG, M.D.

#616409